2024R00757/MJB/RGS

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

RECEIVED

MAY 20 2026

AT 8:30

CLERK, U.S. DISTRICT COURT - DNJ

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| | : | |
| | : | Crim. No. 26-40 (RK) |
| v. | : | |
| | : | 18 U.S.C. § 933(a)(3) |
| TARIQ HAYWOOD-ECHOLS | : | 18 U.S.C. §§ 922(a)(1)(A), 923(a), |
| | : |   924(a)(1)(D) |
| | : | 18 U.S.C. § 922(o) |

**S U P E R S E D I N G
I N F O R M A T I O N**

The defendant having waived in open court prosecution by Indictment, the United States charges:

**COUNT ONE**
(Conspiracy to Traffic Firearms)

On or about September 10, 2025, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

**TARIQ HAYWOOD-ECHOLS,**

did knowingly and intentionally conspire and agree with Lawrence Higgs and others to ship, transport, transfer, cause to be transported, and otherwise dispose of firearms to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute any offense under Federal or State law punishable by imprisonment for a term exceeding one year, contrary to Title 18, United States Code, Section 933(a)(1).

In violation of Title 18, United States Code, Section 933(a)(3).

## COUNT TWO
(Engaging in Unlicensed Firearms Dealing)

On or about September 10, 2025, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

**TARIQ HAYWOOD-ECHOLS,**

not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing and dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT THREE
(Unlawful Possession of Machine Guns)

On or about September 10, 2025, in Mercer County, in the District of New

Jersey and elsewhere, the defendant,

## TARIQ HAYWOOD-ECHOLS,

did knowingly possess machine guns, as defined in Title 26, United States Code,

Section 5845(b), that is, two privately manufactured auto sears.

In violation of Title 18, United States Code, Section 922(o)(1).

3

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of the Superseding Information, the defendant,

## TARIQ HAYWOOD-ECHOLS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c),

a. any firearms involved or used in the commission of the offense, including but not limited to a Ruger, LCP pistol bearing serial number 372175355, and an Anderson Manufacturing, AM-15 pistol bearing serial number 24058350;

b. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, including but not limited to proceeds that the defendant obtained from a law enforcement confidential source on or about September 10, 2025; and

c. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

ROBERT FRAZER
United States Attorney

Matthew J. Belgiovine
Richard G. Shephard
Assistant United States Attorneys

Approved:

R. David Walk, Jr.
Deputy United States Attorney

4

CASE NUMBER: 26-40 (RK)

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## TARIQ HAYWOOD-ECHOLS

# SUPERSEDING INFORMATION FOR

18 U.S.C. § 933(a)(3)
18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D)
18 U.S.C. §§ 922(o)

ROBERT FRAZER
UNITED STATES ATTORNEY

MATTHEW J. BELGIOVINE
RICHARD G. SHEPHARD
ASSISTANT U.S. ATTORNEYS
TRENTON, NEW JERSEY
973.856.9179